UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 03 CR 1310 (LAP) |
| -against- | ORDER |
| DAVID GONZALEZ, | |
| Defendant. | |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The Court is in receipt of the enclosed letter from Defendant David Gonzalez, dated on or about June 6, 2022. In his letter, Mr. Gonzalez states that he moved for compassionate release over 6 months ago and seeks the status of that motion. The Court has confirmed with the Clerk of the Court that no such motion has been received or docketed. If Mr. Gonzalez wishes to move for compassionate release, he should prepare a motion and mail it to:

> Clerk of the Court
> U.S. District Court for the Southern District of New York
> 500 Pearl Street
> New York, NY 10007

**SO ORDERED.**

Dated:  June 15, 2022
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1

So. dist. New York
DOC # 1:S203Cr01310-02
Judge Hon. Preska
D.O.S. 1-16-2008

Dear Court Clerk,

    I applied for an compassionate release over 6 months ago, and havent recieved any response or reply at all.

    In trying to find out if there is anything in your power to let me know if there has been a decision in this matter?

    I sure would appreciate any information that you can give me regarding my status.

    I'm forty seven yrs old and have several health issues that warrant a earlier release simply because I could die here from these deseases.

    The punitive aspect of my sentence I think has been done - I have 208 months in on a 300 month sentence, with out good time, With good time I only have approximatly 60 months left.

    Due to the on again + off again response to covid, and the poor health care in this particular F.C.I I feel there is a chance I may not make it home, I also feel in light of all the programs I've "completed" over 20, that this Particular judge may want me to come home, and not want

HARRISBURG PA 171
6 JUN 2022 PM 2 L

RECEIVED
JUN 08 2022
CLERK'S OFFICE
S.D.N.Y.

Crim DKT
AP

TO U.S. District Court Clerk
500 Pearl Street
New York, N.Y.
10007

10007-131599

David Gonzalez
Federal Correctional Institution Schuylkill
P.O. Box 759 # 56168-054
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

SDNY